UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| MICHAEL ROONEY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 25-2557-DDC-GEB |
| | ) |
| JAX INC., | ) |
| | ) |
| Defendant. | ) |

## ORDER

This matter comes before the Court on the parties' Joint Motion for Order to Release KHRC Records ("Motion") **(ECF No. 27)**. The Court finds the KHRC documents appear to be relevant and discoverable. Therefore, the Motion is **GRANTED.**

**IT IS HEREBY ORDERED** the Kansas Human Rights Commission (KHRC) shall release all records in its possession concerning *Rooney v. JAX, Inc.*, KHRC Docket No. 46834-26 including any and all documents to include, but not be limited, to correspondence, notes, tape recordings, reports, investigative materials, and any and all other documents related hereto.

It is understood that the KHRC may withhold materials deemed by the KHRC to be conciliatory or deliberative in nature or which are the work product of KHRC legal staff. The KHRC shall allow copies of the disclosable documents to be made at the expense of the parties requesting such production.

**IT IS SO ORDERED.**

Dated the 27th day of February, 2026.

<u>s/ Gwynne E. Birzer</u>
GWYNNE E. BIRZER
U.S. Magistrate Judge
